1
2
3
4

# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| PHILLIP PEARSON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner of )<br>Social Security, )<br>)<br>    Defendant. ) | **C05-184 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court hereby schedules Oral Argument in the above entitled matter for

Thursday, 26 January 2006 at 2:00pm

The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle, Washington.  Each party will be allowed up to thirty (30) minutes to present it's respective arguments.

Dated this 11th day of January , 2006

/S/ PETER H. VOELKER
 Deputy Clerk

**MINUTE ORDER**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23     Dated this 11th day of January , 2006
24
25     /S/ PETER H. VOELKER
       Deputy Clerk
26  **MINUTE ORDER**