# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

PHILLIP PEARSON,              )
                              )
           Plaintiff,         )
                              )
    vs.                       )
                              )   **C05-184 JPD**
                              )
JO ANNE B. BARNHART, Commissioner of )
Social Security,              )
                              )   **MINUTE ORDER**
           Defendant.         )

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

During oral argument scheduled for Thursday, January 26, 2006, counsel are asked to address the following issues:

(1) Did the Administrative Law Judge (ALJ) perform a proper DAA analysis?

(2) Does <u>Bustamante v Massanari</u>, 262 F3rd 949, 955 (9th Circuit 2001) require that Mr. Pearson be found disabled using the standard five step sequential evaluation prior to determining whether alcohol addiction was a materially contributing factor?  What is the value of the ALJ opinion relating to alcohol addiction if there is no disability finding?

(3) What is the significance, if any, of the last three (3) sentences of the first full paragraph of page 8 of the ALJ opinion in light of the VE testimony?

**MINUTE ORDER** C05-184 JPD

1
2
3           Dated this 24th day of January 2006
4
5           Bruce Rifkin, Clerk of Court
6
7           /s/ PETER H. VOELKER
            Peter H. Voelker, Deputy Clerk
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26  **MINUTE ORDER** C05-184 JPD